1  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants
   STEVE MORRIS, JOSEPH GARCIA,
7  GENE MCMANUS and MICHAEL RIESE

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     EUREKA DIVISION

| | |
|---|---|
| KIRK STEWART, SUSAN STEWART, CAMERON STEWART and FRED OTREMBA,<br><br>            Plaintiffs,<br>    vs.<br><br>STEVE MORRIS, SETH CIMINO, JOE GARCIA, GENE MCMANUS, MIKE RIESE, COUNTY OF DEL NORTE, and DOES 1-5,<br><br>            Defendants. | CASE NO.: CV 10-4106 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF DATE** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUT-OFF DATE**

1    WHEREAS, pursuant to the Courts Case Management and Pretrial Order (Docket No. 21, filed December 21, 2011), the non-expert discovery cut-off Date is presently scheduled for July 15, 2011.

4    WHEREAS, due to the various pending party witness depositions set by counsel is this case, more time is needed to coordinate the schedules of these witnesses and the respective schedules of plaintiffs' counsel and defense counsel.

7    WHEREAS, plaintiffs' counsel and counsel for the defendants stipulate to a short continuance of the date to complete non-expert discovery from July 15, 2011 to **August 15, 2011**.

10    WHEREAS, there is no prejudice to the parties and there will be no disturbance of the currently scheduled May 14, 2012 trial date to this short continuance of the discovery cut-off for the purpose of completing the depositions of the parties.

**IT IS SO STIPULATED:**

DATED:  May 25, 2011          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:   /s/ John M. Vrieze
      John M. Vrieze
      Attorneys for Defendants

DATED:  May 25, 2011          LAW OFFICE OF KAREN D. OLSON

By:   /s/  Karen D. Olson
      Karen D. Olson
      Attorneys for Plaintiffs

**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUT-OFF DATE**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIRK STEWART, SUSAN STEWART, CAMERON STEWART and FRED OTREMBA,<br><br>            Plaintiffs,<br>    vs.<br><br>STEVE MORRIS, SETH CIMINO, JOE GARCIA, GENE MCMANUS, MIKE RIESE, COUNTY OF DEL NORTE, and DOES 1-5,<br><br>            Defendants. | CASE NO.: CV 10-4106 NJV<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT OFF DATE |

**IT IS SO ORDERED:**

Based upon the Joint Stipulation of all parties, the Non-Expert Witness discovery cut-off date is continued from July 15, 2011 to **August 15, 2011**.

DATED: June 29, 2011

NANDOR J. VADAS
United States Magistrate Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUT-OFF DATE**