1  Karen D. Olson, CSB #207995
431 H Street, Suite A
2  Crescent City, CA 95531
Tel: 707-464-2350
3  Fax: 707-464-7845

4  Attorney for Plaintiffs

5  John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
6  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
7  814 Seventh Street
P. O. Drawer 1008
8  Eureka, CA 95502
Tel: (707) 443-5643
9  Fax: (707) 444-9586

10  Attorneys for Defendants

11

12  UNITED STATES DISTRICT COURT

13  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  EUREKA DIVISION

15  KIRK STEWART, SUSAN STEWART, ) Case No.: CV 10-4106 NJV
CAMERON STEWART AND FRED )
16  OTREMBA, ) **JOINT STIPULATION**
         Plaintiffs, ) **AND [~~PROPOSED~~] ORDER**
17  vs. ) **CONTINUING TRIAL AND**
 ) **PRE-TRIAL DISCOVERY**
18  STEVE MORRIS, SETH CIMINO, JOE ) **DEADLINES**
GARCIA, GENE MCMANUS, MIKE )
19  RIESE, COUNTY OF DEL NORTE AND )
DOES 1-5 )
20          Defendants. )
 )
21  )
 )
22  _____ )

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING TRIAL
AND PRE-TRIAL DISCOVERY DEADLINES

1  IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs KIRK
2 STEWART, SUSAN STEWART, CAMERON STEWART and FRED OTREMBA, and
3 Defendants STEVE MORRIS, SETH CIMINO, JOE GARCIA, GENE MCMANUS,
4 MIKE RIESE and COUNTY OF DEL NORTE, through their respective attorneys of
5 record, as follows:

6  This case is currently scheduled for trial on August 20, 2013.  The parties hereby
7 stipulate to continue the trial until December 2, 2013, or to a date convenient for the
8 Court.  In addition to stipulating to continuing the trial, the parties propose the following
9 schedule:

10  Disclosure of Experts:              Completed
11  Expert Discovery Cutoff:           May 24, 2013
12  Dispositive Motion Filing Cutoff   June 21, 2013
13  Final Pretrial Conference          November 5, 2013
14  Trial                              December 2, 2013

15  Based upon the foregoing Joint Stipulation, the parties request the following: (a)
16 that the trial be moved from August 20, 2013, to December 2, 2013, or a date convenient
17 for the Court; and (b) an extension to pre-trial discovery deadlines as proposed above.

18

19 DATED:  February 5, 2013         LAW OFFICE OF KAREN OLSON

20                                  By: __/s/ Karen Olson_____
21                                     Karen Olson
                                       Attorneys for Plaintiffs
22

23 DATED:  February 5, 2013         MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
24
25                                  By: __/s/ John M. Vrieze_____
                                       John M. Vrieze
26                                     Attorney for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND PRE-TRIAL DISCOVERY DEADLINES

1 **IT IS SO ORDERED:**

2     Based upon the Joint Stipulation of all parties, the trial is continued to December

3 2, 2013, the Expert Discovery Cutoff is May 24, 2013, the Dispositive Motion Filing

4 Cutoff is June 21, 2013, and the Final Pretrial Conference is scheduled for November 5,

5 2013, at 2:30 p.m.

7 DATED: February 5, 2013

                                     NANDOR J. VADAS
                                     United States Magistrate Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND PRE-TRIAL DISCOVERY DEADLINES