1 | Karen D. Olson, CSB #207995
431 H Street, Suite A
2 | Crescent City, CA 95531
Tel: 707-464-2350
3 | Fax: 707-464-7845

4 | Attorney for Plaintiffs

5 | John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
6 | MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
7 | 814 Seventh Street
P. O. Drawer 1008
8 | Eureka, CA 95502
Tel: (707) 443-5643
9 | Fax: (707) 444-9586

10 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIRK STEWART, SUSAN STEWART, CAMERON STEWART AND FRED OTREMBA, | Case No.: CV 10-4106 NJV |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND PRE-TRIAL DISCOVERY DEADLINES** |
| vs. | |
| STEVE MORRIS, SETH CIMINO, JOE GARCIA, GENE MCMANUS, MIKE RIESE, COUNTY OF DEL NORTE AND DOES 1-5 | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND PRE-TRIAL DISCOVERY DEADLINES

1  IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs KIRK
2  STEWART, SUSAN STEWART, CAMERON STEWART and FRED OTREMBA, and
3  Defendants STEVE MORRIS, SETH CIMINO, JOE GARCIA, GENE MCMANUS,
4  MIKE RIESE and COUNTY OF DEL NORTE, through their respective attorneys of
5  record, as follows:
6  This case is currently scheduled for trial on August 20, 2013.  The parties hereby
7  stipulate to continue the trial until December 2, 2013, or to a date convenient for the
8  Court.  In addition to stipulating to continuing the trial, the parties propose the following
9  schedule:

| | |
|---|---|
| Disclosure of Experts: | Completed |
| Expert Discovery Cutoff: | May 24, 2013 |
| Dispositive Motion Filing Cutoff | June 21, 2013 |
| Final Pretrial Conference | November 5, 2013 |
| Trial | December 2, 2013 |

15  Based upon the foregoing Joint Stipulation, the parties request the following: (a)
16  that the trial be moved from August 20, 2013, to December 2, 2013, or a date convenient
17  for the Court; and (b) an extension to pre-trial discovery deadlines as proposed above.

19  DATED:  February 5, 2013        LAW OFFICE OF KAREN OLSON

20                                 By: ___/s/ Karen Olson_____
21                                     Karen Olson
                                       Attorneys for Plaintiffs

23  DATED:  February 5, 2013        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

25                                 By: __/s/ John M. Vrieze_____
26                                     John M. Vrieze
                                       Attorney for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND PRE-TRIAL DISCOVERY DEADLINES

1  **IT IS SO ORDERED:**

2      Based upon the Joint Stipulation of all parties, the trial is continued to December

3  2, 2013, the Expert Discovery Cutoff is May 24, 2013, the Dispositive Motion Filing

4  Cutoff is June 21, 2013, and the Final Pretrial Conference is scheduled for November 5,

5  2013, at 2:30 p.m.

6

7  DATED: February 5, 2013

8                                 NANDOR J. VADAS
                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND PRE-TRIAL DISCOVERY DEADLINES