United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6   EUREKA DIVISION
7
8   KIRK STEWART, et al.,

    Plaintiffs,

    Case No.  10-cv-04106-NJV

9
10  v.

    **ORDER STRIKING DOCS. NO. 45, 61, AND 64**

11  STEVE MORRIS, et al.,

    Defendants.

12
13
14   The parties have submitted three statements of undisputed facts.  *See* Doc. Nos. 45, 61, and
15  64.  Separate statements of undisputed facts in support of or in opposition to motions for summary
16  judgment shall NOT be filed unless otherwise ordered by the court.  *See* Civil Case Management
17  and Pretrial Order at 2:25-28; *see also* N.D. Civil L. R. 56-2.  The court has not requested separate
18  statements of undisputed facts.  Pursuant to this court's Civil Case Management and Pretrial Order
19  and the Northern District Local Rules, Docs. No. 45, 61, and 64 are stricken.  If the parties agree
20  that certain material facts are undisputed, they may submit a joint statement of undisputed facts no
21  later than July 31, 2013.
22
23   **IT IS SO ORDERED.**
24  Dated: July 24, 2013
25
26  _____
    NANDOR J. VADAS
    United States Magistrate Judge
27
28