UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIRK STEWART, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STEVE MORRIS, et al.,<br><br>　　　　Defendants. | Case No.  10-cv-04106-NJV<br><br>**ORDER STRIKING DOCS. NO. 45, 61, AND 64** |

The parties have submitted three statements of undisputed facts.  *See* Doc. Nos. 45, 61, and 64.  Separate statements of undisputed facts in support of or in opposition to motions for summary judgment shall NOT be filed unless otherwise ordered by the court.  *See* Civil Case Management and Pretrial Order at 2:25-28; *see also* N.D. Civil L. R. 56-2.  The court has not requested separate statements of undisputed facts.  Pursuant to this court's Civil Case Management and Pretrial Order and the Northern District Local Rules, Docs. No. 45, 61, and 64 are stricken.  If the parties agree that certain material facts are undisputed, they may submit a joint statement of undisputed facts no later than July 31, 2013.

**IT IS SO ORDERED.**

Dated: July 24, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge