John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants County of Del Norte,
Steve Morris, Gene McManus and Michael Riese

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIRK STEWART, SUSAN STEWART, CAMERON STEWART and FRED OTREMBA,<br><br>             Plaintiffs,<br>     vs.<br><br>STEVE MORRIS, SETH CIMINO, JOE GARCIA, GENE MCMANUS, MIKE RIESE, COUNTY OF DEL NORTE, and DOES 1-5,<br><br>             Defendants. | CASE NO.: CV 10-4106 NJV<br><br>**DEFENDANTS' REQUEST TO CANCEL DEBTOR EXAMINATION AND [~~PROPOSED~~] ORDER THEREON** |

In its Order filed March 6, 2014, the Court granted Defendants' Application for Debtor Examination of plaintiff Kirk Stewart, and scheduled the examination for March 18, 2014 at 9:30 a.m. (Docket No. 85.)  Due to settlement of plaintiff's State Court action against the County of Del Norte, defendants request that the Debtor Examination be cancelled and taken off calendar.

DATED: March 7, 2014                    MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

                                        By:   /s/ William F. Mitchell
                                              William F. Mitchell
                                              Attorneys for Defendants

1

DEFENDANTS' REQUEST TO CANCEL DEBTOR EXAMINATION AND [~~PROPOSED~~] ORDER THEREON

## ORDER

The Court hereby GRANTS defendants' request to cancel the Debtor Examination of Kirk Stewart, currently on calendar for March 18, 2014 at 9:30 a.m.

DATE: March 13, 2014    By: _____
U.S. ~~District~~ Court Judge
Magistrate

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

DEFENDANTS' REQUEST TO CANCEL DEBTOR EXAMINATION AND [PROPOSED] ORDER THEREON