UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIRK STEWART, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>STEVE MORRIS, *et al.*,<br><br>   Defendants. | Case No.   10-cv-04106-NJV   (NJV)<br><br>**ORDER TO ADMINISTRATIVLY CLOSE CASE** |

Previously this matter was administratively reopened to allow Defendants to conduct a judgment debtor examination. *See* Orders (Docs. 84 & 85). Thereafter, the court granted Defendants' request to cancel the debtor exam (Doc. 87) and Defendants filed a Satisfaction of Judgment (Doc. 88).

Accordingly, the Clerk of the Court is hereby directed to administratively reclose this case.

**IT IS SO ORDERED**.

Dated: October 31, 2014

_____

NANDOR J. VADAS
United States Magistrate Judge